UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

ANGELA WEST,

    Plaintiff,                                                Case No. 3:22-cv-292

vs.

UNITED STATES DEPARTEMENT          District Judge Michael J. Newman
OF VETERANS AFFAIRS,

    Defendant.

_____

**ORDER: (1) GRANTING PLAINTIFF'S UNOPPOSED MOTION FOR AN EXTENTION OF TIME TO FILE (Doc. No. 17); AND (2) EXTENDING HER RESPONSE DEADLINE TO NOVEMBER 27, 2023**
_____

This case is before the Court upon Plaintiff's unopposed motion for an extension of time to file a memorandum in opposition to Defendant's motion for summary judgment. Doc. No. 17. Plaintiff requests that her response deadline be extended to November 27, 2023. Doc. No. 17. For good cause shown, the Court **GRANTS** the unopposed motion and **EXTENDS** Plaintiff's response deadline to November 27, 2023.

    **IT IS SO ORDERED.**

  November 14, 2023                                        s/Michael J. Newman
                                                                   Hon. Michael J. Newman
                                                                   United States District Judge